**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| PAM PIEPER and GARY WALLACE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITEDHEALTH GROUP INC., UNITEDHEALTHCARE, INC., UNITEDHEALTHCARE LIFE INSURANCE CO., UNITEDHEALTHCARE INSURANCE COMPANY OF THE RIVER VALLEY, OPTUM, INC., and OPTUMRX, INC.<br><br>    Defendants. | Case No. 0:16-cv-00687 (PAM) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Pam Pieper and Gary Wallace ("Plaintiffs") hereby submit this Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing with prejudice all claims against Defendants UnitedHealth Group Inc., UnitedHealthcare, Inc., UnitedHealthcare Life Insurance Company, UnitedHealthcare Insurance Company of the River Valley, Optum, Inc., and OptumRx, Inc. ("Defendants"). All Plaintiffs' claims against the Defendants are hereby dismissed with prejudice. This dismissal disposes of all of Plaintiffs' claims in this action and this case can be closed by the Clerk.

1

Dated:  May 5, 2017

Respectfully submitted,

**CHESTNUT CAMBRONNE**

/s/ *Karl L. Cambronne*
Karl L. Cambronne
kcambronne@chestnutcambronne.com
Bryan L. Bleichner
bbleichner@chestnutcambronne.com
Jeffrey D. Bores
jbores@chestnutcambronne.com
17 Washington Avenue North
Suite 300
Minneapolis, MN 5540
Telephone: (612) 339-7300

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
Joseph H. Meltzer
jmeltzer@ktmc.com
Edward W. Ciolko
eciolko@ktmc.com
Natalie Lesser
nlesser@ktmc.com
Zachary Arbitman
zarbitman@ktmc.com
Telephone: (610) 667-7706

**COOPER & KIRK, PLLC**
David H. Thompson
dthompson@cooperkirk.com
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600

*Attorneys for Plaintiff Pam Pieper, Gary Wallace, and the proposed Classes*